IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACK ECONOMIC COUNCIL OF MASSACHUSETTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as the Secretary of the United States Department of the Treasury, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-11411 <br><br> Hon. Patti B. Saris |

## NOTICE OF FURTHER DEVELOPMENT

Defendants respectfully notify the Court of a further development that may be relevant to this case. On March 26, 2025, the Financial Crimes Enforcement Network ("FinCEN") and the U.S. Department of the Treasury published an interim final rule to narrow the existing beneficial ownership information ("BOI") reporting requirements under the statute challenged in the present action, the Corporate Transparency Act ("CTA"). *See Beneficial Ownership Information Reporting Requirement Revision and Deadline Extension*, 90 Fed. Reg. 13,688 (Mar. 26, 2025), https://www.federalregister.gov/documents/2025/03/26/2025-05199/beneficial-ownership-information-reporting-requirement-revision-and-deadline-extension. Under this interim final rule, entities previously defined as "domestic reporting companies" are exempted from the reporting requirements and do not have to report BOI to FinCEN, or update or correct BOI previously reported to FinCEN.

With limited exceptions, the interim final rule does not change the existing requirement for foreign reporting companies to file BOI reports, but it extends the deadline to file initial BOI reports to 30 days from the date of the rule's publication. However, the interim final rule also exempts foreign reporting companies from having to report the BOI of any U.S. persons who are beneficial owners of the foreign reporting company and exempts U.S. persons from having to

1

provide such information to any foreign reporting company for which they are a beneficial owner. FinCEN is accepting comments on this interim final rule. FinCEN will assess the exemptions created by the interim final rule, as appropriate, in light of those comments and intends to issue a final rule this year.

     This Rule further undermines Plaintiffs' facial enumerated powers challenge because there can be no serious dispute that Congress has the power to regulate foreign entities that have taken the affirmative step of registering to do business in the United States. Plaintiffs' First, Fourth, Tenth, and Fifth Amendment challenges are likewise weaker given that the reporting requirements are now limited to foreign reporting companies. Depending on the content of the final rule adopted later this year, the case may also become moot.

DATE: April 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

DATE: April 7, 2025                  <u>/s/ Taylor Pitz</u>
                                                   TAYLOR PITZ (CA Bar No. 332080)
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, D.C. 20005
                                                   Tel: (202) 305-5200
                                                   Email: taylor.n.pitz@usdoj.gov

                                                   *Counsel for Defendants*