**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASACHUSETTS**

| | |
|---|---|
| BLACK ECONOMIC COUNCIL OF MASSACHUSETTS, INC., AFRICAN COMMUNITY ECONOMIC DEVELOPMENT OF NEW ENGLAND, INC., TRACYE WHITFIELD, MARIA FERNANDES-DOMINIQUE, and RAQUEL SEMEDO,<br><br>                      Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as the Secretary of the United States Department of the Treasury, *et al.,*<br><br>                      Defendants. | Civil Action No. 24-cv-11411<br>Hon. Patti B. Saris |

## JOINT MOTION TO STAY LITIGATION

Plaintiffs, Black Economic Council of Massachusetts, Inc., African Community Economic Development of New England, Inc., Tracye Whitfield, Maria Fernandes-Dominique, and Raquel Semedo (the "Plaintiffs") and Defendants, Scott Bessent, in his official capacity as the Secretary of the United States Department of the Treasury, the United States Department of the Treasury, and Andrea Gacki, in her official capacity as Director of the Financial Crimes Enforcement Network (the "Defendants"), by and through their undersigned counsel, hereby jointly move to Stay Litigation between them as follows:

1. Plaintiffs initiated this action by filing their Complaint ("Complaint") on May 29, 2024.

2. In the Complaint, Plaintiffs allege that the Corporate Transparency Act ("CTA"), 31 U.S.C. § 5336, violates the First, Fourth, Fifth, Ninth, and Tenth Amendments

1

of the U.S. Constitution, and seek declaratory and injunctive relief to enjoin its enforcement.

3. Pursuant to a stipulated briefing schedule, the Parties have filed cross-motions for summary judgment; briefing concluded on March 13, 2025. Those motions are currently pending before the Court, with oral argument scheduled for May 22, 2025.

4. Since the conclusion of the summary judgment briefing, the Financial Crimes Enforcement Network ("FinCEN") has amended its rule concerning the CTA's beneficial ownership information ("BOI") reporting requirements. ECF 38 (Notice of Further Development).

5. Under the rule that was effective at the time of the summary judgment briefing, many companies formed in the United States, as well as many foreign companies, were required to report BOI to FinCEN.[1] On March 26, 2025, FinCEN published an interim final rule amending its previous rule and granting certain BOI reporting exemptions.[2] Under this interim final rule, only entities previously defined as "foreign reporting companies" are required to report BOI to FinCEN.

6. FinCEN is accepting comments on this interim final rule until May 27, 2025 and intends to issue a final rule this year.

7. To avoid the undue consumption of Court resources, the Parties jointly move that the Court stay this litigation until FinCEN has issued that final rule.

8. Should the Court grant the Parties' motion to stay the litigation, the Parties further stipulate that once FinCEN has issued a final rule, they will submit a joint status

---

[1] FinCEN, Beneficial Ownership Information Reporting Requirements, 87 Fed. Reg. 59498 (Sept. 30, 2022).

[2] FinCEN, Beneficial Ownership Information Reporting Requirement Revision and Deadline Extension, 90 Fed. Reg. 13688 (Mar. 26, 2025).

2

report to this Court within twenty-one (21) calendar days, advising the Court of the issuance of the final rule and proposing to the Court how this litigation should proceed at that juncture.

Dated: May 6, 2025

Respectfully submitted,

| | |
|---|---|
| FOLEY & LARDNER LLP | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| */s/ Katharine Beattie*<br>Katharine Beattie, BBO# 666064<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199-7610<br>Tel: (617) 342-4000<br>Fax: (617) 342-4001<br>Email: kbeattie@foley.com | STEPHEN ELLIOTT<br>Assistant Branch Director<br><br>*/s/ Taylor Pitz*<br>TAYLOR PITZ<br>(CA Bar No. 332080)<br>Trial Attorney<br>United States Department of Justice |
| Alexis K. Juergens (*pro hac vice*)<br>Foley & Lardner LLP<br>95 S. State Street, Suite 2500<br>Salt Lake City, UT 84111<br>Tel: (801) 401-8900<br>Fax: (385) 799-7576<br>Email: ajuergens@foley.com | Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 305-5200<br>Email: taylor.n.pitz@usdoj.gov<br><br>*Counsel for Defendants* |
| OREN M. SELLSTROM<br>IVAN ESPINOZA-MADRIGAL<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>(617) 988-0608<br>osellstrom@lawyersforcivilrights.org | |